JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Successor Trustee for GS Mortgage Securities Corporation II, Commercial Mortgage Pass-Through Certificates, Series 2006-GG6, through TORCHLIGHT LOAN SERVICES, LLC, its Special Servicer; and RBS FINANCIAL PRODUCTS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>COLDWATER PORTFOLIO PARTNERS, LLC, a Delaware limited liability company; KENNETH KLEIN, an individual; and JOHN R. KILEY, an individual,<br><br>Defendants. | Case No. SACV 12-0357 AG (ANx)<br><br>HON. ANDREW J. GUILFORD<br><br>[PROPOSED] JUDGMENT DEFENDANT JOHN R. KILEY, AN INDIVIDUAL<br><br>Date: August 24, 2015<br>Time: 10:00 a.m.<br>Place: Ctrm 10D, 411 W. 4th St.<br>       Santa Ana, CA 92701-4516<br><br>Action Filed: March 7, 2012<br>Trial Date:   September 15, 2015 |

USW 805229629.1

Case No. SACV 12-0357 AG (ANx)
[PROPOSED] JUDGMENT DEFENDANT

Plaintiff U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE FOR GS MORTGAGE SECURITIES CORPORATION II, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-GG6 ("Plaintiff's) Motion For Entry Of A Separate Default Judgment Against JOHN R. KILEY, AN INDIVIDUAL, came on for hearing on August 24, 2015.

The Court, having reviewed the arguments and evidence presented by counsel for Plaintiff, finds that Plaintiff properly served a Summons and First Amended Complaint upon Defendant John R. Kiley, an individual (**"Defendant"**) and that Defendant failed to file an Answer or otherwise move with respect to said Complaint. Accordingly, a default was properly entered by the clerk against Defendant on October 24, 2014. [ECF No. 35].

The Court, therefore, orders that Judgment is hereby granted in favor of Plaintiff, U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE FOR GS MORTGAGE SECURITIES CORPORATION II, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-GG6, on Plaintiff's Count 4 for Breach of Guaranty.

Furthermore, the Court orders that Judgment is hereby granted in favor of Plaintiff, U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE FOR GS MORTGAGE SECURITIES CORPORATION II, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-GG6 against

1  DEFENDANT JOHN R. KILEY, AN INDIVIDUAL, on Plaintiff's Fourth Claim for

2  Breach of Guaranty.

## JUDGMENT

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE FOR GS MORTGAGE SECURITIES CORPORATION II, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-GG6, shall recover from Defendant JOHN R. KILEY, an individual, the sum of:

$ 62,784,909.21 in actual damages; and

$ 1,075,971.89 in prejudgment interest.

Computing to a total of $ 63,860,881.10 in monetary damages.

IT IS SO ORDERED.

DATED: AUGUST 24, 2015

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE